IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Robert Walling, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 4212 |
| | ) | |
| Pfizer, Inc., et al., | ) | Judge: Kennelly |
| Defendant. | ) | |

### ORDER

The Court grants defendants' motion to dismiss this case with prejudice [dkt. no. 5]. The motion discloses that plaintiff failed to provide a plaintiff's fact sheet as required by Case Management Order (CMO) 9 within the time required and still failed to do so after defense counsel served a warning letter as provided in CMO 9. Plaintiff has failed to respond to the motion to dismiss within the time required by CMO 9, ¶ E.2.c. The Clerk is directed to enter judgment dismissing this case with prejudice. Plaintiff's attorneys Susanne Scovern, William Eckhart, and Robert Dassow are ordered to send a copy of this order to plaintiff and is further directed to certify compliance with this directive, via a written verification filed in this case, within 14 days of the entry of this order.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 2/17/2016